UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYLE SUMMY,

      Plaintiff,

    v.

RANDY DAVIS,

      Defendant.

Case No. 13-cv-816-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Counts 1 (Eighth Amendment violation for unsanitary housing conditions) and 4 (Federal Tort Claims Act) of this case are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts 2 (regarding sleeping guards) and 3 (regarding housing assignments) of this case are dismissed without prejudice.

DATED:   **March 16, 2015**

**JUSTINE FLANAGAN, Acting Clerk of Court**

By: s/ *Jessica L. Robertson*, Deputy Clerk

**Approved**:   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**